IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN MONTOYA, Individually and On        :        CIVIL ACTION
Behalf of All Others Similarly Situated,   :
                    Plaintiff,              :        No. 06-2596
        v.                                  :
                                            :
HERLEY INDUSTRIES INC., et al.             :
        Defendants,                         :
                                            :

_____

HENRY J. TIGHE, IRA, Individually and On   :        CIVIL ACTION
Behalf of All Others Similarly Situated,   :
                    Plaintiff,              :        No. 06-2733
        v.                                  :
                                            :
HERLEY INDUSTRIES INC., et al.             :
        Defendants,                         :
                                            :

_____

RICHARD FINLEY, Individually and On        :        CIVIL ACTION
Behalf of All Others Similarly Situated,   :
                    Plaintiff,              :        No. 06-2735
        v.                                  :
                                            :
HERLEY INDUSTRIES INC., et al.             :
        Defendants,                         :
                                            :

_____

PAN WEST CORP. RETIREMENT                  :        CIVIL ACTION
ACCOUNT, Individually and On               :
Behalf of All Others Similarly Situated,   :        No. 06-2997
                    Plaintiff,              :
        v.                                  :
                                            :
HERLEY INDUSTRIES INC., et al.             :
        Defendants,                         :
                                            :

_____

RODMAN J. ZILENZIGER, Individually and :    CIVIL ACTION
On  Behalf of All Others Similarly Situated, :
           Plaintiff,             :    No. 06-3126
          v.                 :
                           :
HERLEY INDUSTRIES INC., et al.      :
           Defendants,        :
                           :

_____

## <u>ORDER</u>

AND NOW, this 11th day of October, 2006, Plaintiffs' Motions for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (Documents 2,3, and 6) are GRANTED in part.  All remaining issues are RESERVED.

The above-captioned actions and any other securities fraud suits that relate to the same subject matter subsequently filed in or transferred to this Court are hereby consolidated into one action for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure under Civil Action No. 06-2596.  When a case which properly belongs as part of this proceeding is filed, I request the assistance of counsel in calling to the attention of the Clerk of this Court the consolidation of any such action.

It is further ORDERED that a hearing shall take place on November 3, 2006 at 10:00 a.m. in Courtroom 5D regarding the appointment of lead plaintiff and appointment of lead counsel.

BY THE COURT:

       _____/s/ Juan R. Sánchez_____
               Juan R. Sánchez, J.