IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION |
| IN RE HERLEY INDUSTRIES INC. | : | |
| SECURITIES LITIGATION | : | No. 06-2596 |
| | : | |

## **ORDER**

And now this 5th day of February, 2009, Herley Industries, Inc.'s Motion to Compel the Production of Documents (Document 98) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.