IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | : : : : | CIVIL ACTION<br><br>No. 06-2596 |

## **ORDER**

And now this 13ʰ day of February, 2009, Herley Industries, Inc.'s Motion to Compel (Document 116) is DENIED without prejudice. Parties are directed to resolve discovery disputes in accordance with Judge Sánchez's operating procedures:

http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.