IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE HERLEY INDUSTRIES INC.<br>SECURITIES LITIGATION | :<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 06-2596 |

**<u>ORDER</u>**

AND NOW, this 17th day of February, 2009, Defendant Herley Industries, Inc.'s Motion for Reconsideration (Document 113) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.