IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | : : : | CIVIL ACTION<br><br>No. 06-2596 |

## **ORDER**

AND NOW, this 30th day of September, 2009, Defendants' Motion to Dismiss (Document 121) is DENIED.

BY THE COURT:

_____
Juan R. Sánchez, J.