IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | : : : | CIVIL ACTION  No. 06-2596 |

## ORDER

AND NOW, this 30th day of September, 2009, Lead Plaintiff's Motion for Class Certification (Document 92) is GRANTED.[1]

It is further ORDERED Lead Plaintiff Galleon Management LP and Plaintiff Norfolk County Retirement System shall be named class representatives.

Plaintiffs are DIRECTED to amend their Consolidated Complaint in accordance with this Order within 30 days.

BY THE COURT:

Juan R. Sanchez, J.

---

[1] The class shall consist of all persons or entities who purchased or otherwise acquired the publicly traded securities of Herley Industries, Inc. during the period from October 1, 2004, to June 14, 2006, inclusive, and who sustained a loss as a result of this acquisition, excluding Defendants, employees of Defendants, and Defendants' immediate families.