IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| IN RE HERLEY INDUSTRIES INC. | : |  |
| SECURITIES LITIGATION | : | No. 06-2596 |

### ORDER

AND NOW, this 9th day of October, it is ORDERED the Court's Memorandum and Order granting the Lead Plaintiff's Motion for Class Certification (Document 149) is hereby AMENDED as follows:[1]

1. On page 25, the date "October 1, 2004" shall be revised to read "October 1, 2001";

2. On page 27, the date "October 1, 2004" shall be revised to read "October 1, 2001."

It is further ORDERED the Court's Order granting the Lead Plaintiff's Motion for Class Certification (Document 150) is AMENDED as follows: In footnote 1, the date "October 1, 2004" shall be revised to read "October 1, 2001."

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Court issues this Order to correct typographical errors pursuant to Federal Rule of Civil Procedure 60(a), which provides in relevant part, "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." The class should have been certified in accordance with the dates set forth in the Lead Plaintiff's Motion for Class Certification. Therefore, the class should include all investors who suffered a loss as a result of purchasing or otherwise acquiring the common stock of Herley Industries Inc. from October 1, 2001, to January 14, 2006.