Ira M. Press (*pro hac vice*)
Andrew M. McNeela
Sarah G. Lopez (*pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
*Plaintiffs' Lead Counsel*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 949-9999
Facsimile: (610) 949-9773
*Plaintiffs' Liaison Counsel*

[*Additional Counsel Listed on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>NO. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**MOTION FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT**

Court-appointed Class Representatives Galleon Management LP, and Norfolk County Retirement System, respectfully move the Court for leave to file an Amended Consolidated Class Action Complaint. The Proposed Amended Consolidated Class Action Complaint is annexed hereto as Exhibit 1.

A memorandum of law in support of this motion, and a proposed order are filed contemporaneously herewith.

DATED: October 30, 2009                     Respectfully submitted,

                                            _____/s_____
                                            By: Ira M. Press (pro hac vice)
                                            Andrew M. McNeela
                                            Sarah G. Lopez (pro hac vice)
                                            KIRBY McINERNEY LLP
                                            825 Third Avenue, 16th Floor
                                            New York, NY 10022
                                            Telephone: (212) 371-6600
                                            Facsimile: (212) 751-2540

                                            *Plaintiffs' Lead Counsel and Counsel for Lead Plaintiff/Class Representative Galleon Management, L.P.*

                                            Stanley P. Kops (SPK 6328)
                                            LAW OFFICE OF STANLEY P. KOPS
                                            102 Bala Avenue
                                            Bala Cynwyd, PA 19004
                                            (610) 949-9999

                                            *Plaintiffs' Liaison Counsel*

                                            LABATON SUCHAROW LLP
                                            Christopher Keller (*pro hac vice*)
                                            Jonathan Gardner (*pro hac vice*)
                                            140 Broadway
                                            New York, New York 10005
                                            Telephone: (212) 907-0700
                                            Facsimile: (212) 818-0477
                                            *Plaintiffs' Counsel*
                                            *Counsel for Class Representative Norfolk County Retirement System*