UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC.<br>SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE THE
REPORT AND TESTIMONY OF DEFENDANT'S EXPERT WITNESS
ALBERT S. DANDRIDGE, III**

Plaintiffs hereby move, pursuant to Rule 16(c)(2) of the Federal Rules of Civil Procedure and Rules 402 and 702 of the Federal Rules of Evidence, the October 30, 2009 declaration of Ira M. Press, Esq., and plaintiff's accompanying Memorandum of Law, for an order *in limine* excluding from evidence the August 14, 2009 Expert Report and testimony of defendants' proposed expert witness Albert S. Dandridge, III. The grounds for the Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Dated: October 30, 2009
      New York, New York

                                      **KIRBY McINERNEY LLP**

                          By:   /s/ Ira M. Press
                                 Ira M. Press
                                 Andrew M. McNeela
                                 825 Third Avenue, 16th Floor
                                 New York, NY   10022
                                 Tel: (212) 371 - 6600
                                 Fax: (212) 751 - 2540
                                 *Plaintiffs' Lead Counsel and Counsel for
                                 Lead Plaintiff Galleon Management, L.P.*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, PA 19004
(610) 949-9999
*Plaintiffs' Liaison Counsel*

Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
*Plaintiffs' Counsel*
*Counsel for Plaintiff Norfolk County*
*Retirement System and Additional Plaintiffs' Counsel*