UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

### DECLARATION OF IRA M. PRESS

Ira M. Press, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a member of the law firm of Kirby McInerney LLP, counsel for lead plaintiff in the above-captioned action. I am a member in good standing of the Bar of the State of New York, and have permission to appear in this matter *pro hac vice* by Order of the Court dated August 21, 2006.

2.  I make this declaration to authenticate copies of materials to be considered in connection with Plaintiff's Motion In Limine to Preclude the Report and Testimony of Defendant's Expert Witness Albert S. Dandridge, III. Submitted herewith are true and correct copies of the following:

Exhibit A:   The August 14, 2009 Report of Albert S. Dandridge, III.

Exhibit B:   Selected pages from the September 16, 2009 deposition of Albert S. Dandridge, III.

Exhibit C:   Selected pages from the May 13, 2009 deposition of Myron Levy.

Dated: October 30, 2009
       New York, New York

/s/ Ira M. Press
Ira M. Press, Esq.