# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE HERLEY INDUSTRIES, INC.

SECURITIES LITIGATION

CIVIL ACTION

NO. 06-2596 (JRS)

## DEFENDANTS' MOTION TO EXCLUDE THE OPINION OF
## PLAINTIFFS' EXPERT PATRICK A. MCGEEHIN

Defendants Herley Industries, Inc., Lee Blatt, Myron Levy, Anello Garefino, Thomas Gilboy, and John Kelley, by and through their undersigned attorneys, hereby move to exclude the opinions contained in the expert report of Patrick A. McGeehin.  Defendants are entitled to the exclusion of such opinions because they constitute improper legal opinions under Rule 702 and 704 of the Federal Rules of Evidence.  In support of this motion, Defendants submit the attached memorandum of law and exhibits thereto.

**BLANK ROME LLP**
James T. Smith
Evan H. Lechtman
Nakul Krishnakumar
One Logan Square
Philadelphia, PA  19103
Tel:  (215) 569-5500
Fax:  (215) 832-5500
*Attorneys for Defendants*

October 30, 2009

102406.00619/21827917v.1