Ira M. Press (*pro hac vice*)
Andrew M. McNeela
Sarah G. Lopez (*pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
*Plaintiffs' Lead Counsel*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 949-9999
Facsimile: (610) 949-9773
*Plaintiffs' Liaison Counsel*

[Additional Counsel Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>NO. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' MOTION TO STRIKE PORTIONS OF THE REPORT OF
DEFENDANTS' EXPERT PATRICK CONROY**

Plaintiffs hereby move the Court (i) to strike the portions of the Defendants' Expert Report of Patrick Conroy that proffer an alternative method for calculating damages by looking at only the fines, penalties and expenses incurred by Herley Industries, Inc. ("Herley") as a consequence of the acts that gave rise to criminal charges against Herley, and (ii) to exclude Dr. Conroy's testimony at trial on this topic. A memorandum of law in support of this motion, a proposed order and Declaration of Ira M. Press are filed contemporaneously herewith.

DATED: November 6, 2009	Respectfully submitted,

_____/s_____
By: Ira M. Press (pro hac vice)
Andrew M. McNeela
Sarah G. Lopez (pro hac vice)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY  10022
Telephone:  (212) 371-6600
Facsimile: (212) 751-2540

*Plaintiffs' Lead Counsel and Counsel for Lead Plaintiff/Class Representative Galleon Management, L.P.*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, PA 19004
(610) 949-9999

*Plaintiffs' Liaison Counsel*

LABATON SUCHAROW LLP
Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
*Plaintiffs' Counsel*
*Counsel for Class Representative Norfolk County Retirement System*