UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**DECLARATION OF IRA M. PRESS IN SUPPORT OF PLAINTIFFS'
MOTION TO STRIKE PORTIONS OF REPORT OF DEFENDANTS' EXPERT**

I, IRA M. PRESS, hereby declare as follows:

1. I am a member of the law firm of Kirby McInerney LLP, lead counsel for the class. As such, I have knowledge of the matters set forth below

2. I make this declaration in support of Plaintiffs' Motion to Strike Portions of the Report of Defendants' Expert Patrick Conroy in the above captioned action.

3. Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:   Expert Report of Patrick Conroy, dated August 14, 2009 (without the voluminous exhibits thereto).
>
> Exhibit B:   Relevant excerpts from the transcript of the deposition of Dr. Patrick Conroy taken on October 29, 2009.
>
> Exhibit C:   David Tabak, *Risk Disclosures and Damages Measurement in Securities Fraud Cases*, 21 Sec. Reform Act Litig. Rep. 6 (Apr.2006).

1

2

I declare under penalty of perjury that the forgoing facts are true and correct. Executed this 6th day of November, 2009.

                                                 _____s/Ira M. Press_____
                                                   IRA M. PRESS