UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

## DECLARATION OF IRA M. PRESS

Ira M. Press, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a member of the law firm of Kirby McInerney LLP, counsel for lead plaintiff in the above-captioned action. I am a member in good standing of the Bar of the State of New York, and have permission to appear in this matter *pro hac vice* by Order of the Court dated August 21, 2006.

2.  I make this declaration to authenticate copies of materials to be considered in connection with Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinion of Plaintiffs' Expert Patrick McGeehin. Submitted herewith are true and correct copies of the following:

   Exhibit A:   The report of defendants' government contracting expert Ralph C. Nash, Jr., without attachments.

   Exhibit B:   The report of plaintiffs' government contracting expert Patrick A. McGeehin, without attachments.

   Exhibit C:   Selected pages from the transcript of the deposition of Patrick A. McGeehin.

   Exhibit D:   Selected pages from the transcript of the deposition of Herley Industries' Ethics and Compliance Officer Charles Pourciau.

   Exhibit E:   The November 2009 Declaration of Patrick A. McGeehin.

Dated: November 16, 2009
      New York, New York

                                                    /s/ Ira M. Press
                                                    Ira M. Press, Esq.