UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT

This civil action is before the Court for consideration of Plaintiffs' Motion for Leave to Amend the Consolidated Complaint ("Plaintiffs' Motion"). Having considered Plaintiffs' Motion, as well as any opposition from the other parties, and having found good cause to grant relief to Plaintiffs, the Court orders:

(a)  that Plaintiffs' Motion is **GRANTED**;

(b)  Plaintiffs' will file the Proposed Amended Consolidated Complaint within 30 days of this order.

SO ORDERED, this 30th day of November, 2009.

BY THE COURT

_____
District Court Judge Juan R. Sanchez