UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE DEFENDANTS
FROM ASSERTING RELIANCE ON THE ADVICE OF COUNSEL
AS A DEFENSE IN THIS ACTION**

Plaintiffs hereby move, pursuant to Rule 103 of the Federal Rules of Evidence and Rule 37 of the Federal Rules of Civil Procedure, the December 17, 2009 declaration of Ira M. Press, Esq., and plaintiffs' accompanying Memorandum of Law, for an order *in limine* precluding defendants from: (i) asserting or otherwise relying on the advice of counsel defense at any stage in this litigation, and (ii) eliciting any testimony on this issue. The grounds for the Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Dated: December 17, 2009
New York, New York

**KIRBY McINERNEY LLP**

By:   /s/ Ira M. Press
Ira M. Press
Andrew M. McNeela
825 Third Avenue, 16th Floor
New York, NY   10022
Tel: (212) 371 - 6600
Fax: (212) 751 - 2540
*Plaintiffs' Lead Counsel and Counsel for
Lead Plaintiff Galleon Management, L.P.*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, PA19004
(610) 949-9999
*Plaintiffs' Liaison Counsel*

Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
*Plaintiffs' Counsel*
*Counsel for Plaintiff Norfolk County
      Retirement System and Additional
      Plaintiffs' Counsel*