UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**DECLARATION OF IRA M. PRESS**

Ira M. Press declares, pursuant to 28 U.S.C. § 1746:

    1.    I am a member of the law firm of Kirby McInerney LLP, counsel for lead plaintiff in the above-captioned action. I am a member in good standing of the Bar of the State of New York, and have permission to appear in this matter *pro hac vice* by Order of the Court dated August 21, 2006.

    2.    I respectfully submit this Declaration in support of Plaintiffs' Motion in Limine to Preclude Defendants From Asserting Reliance on the Advice of Counsel as a Defense in this Action, and to authenticate copies of materials to be considered in connection with that motion. Submitted herewith are true and correct copies of the following:

    Exhibit 1:    Selected pages from the May 28, 2009 deposition of Lee Blatt.

    Exhibit 2:    Selected pages from the April 9, 2009 deposition of Charles Pourciau, Jr.

    Exhibit 3:    Selected pages from the June 15, 2009 deposition of Thomas Gilboy.

    Exhibit 4:    Selected pages from the May 6, 2009 deposition of Edward Bogucz.

    Exhibit 5:    Defendants' July 1, 2008 Rule 26(a)(1) Initial Disclosures.

    Exhibit 6:    Defendants' May 27, 2008 Objections and Responses to Plaintiffs' First Request for the Production of Documents.

| | |
|---|---|
| Exhibit 7: | Defendant Herley Industries, Inc.'s privilege log. |
| Exhibit 8: | Defendant Herley Industries, Inc.'s supplemental privilege log. |
| Exhibit 9: | Selected pages from the April 1, 2009 deposition of Edward K. Walker, Jr. |
| Exhibit 10: | Selected pages from the June 2, 2009 deposition of John Thonet. |
| Exhibit 11: | The August 14, 2009 Report of Albert S. Dandridge, III (excluding attachments). |
| Exhibit 12: | Selected pages from the September 16, 2009 deposition of Albert S. Dandridge, III. |
| Exhibit 13: | Selected pages from the May 13, 2009 deposition of Myron Levy. |
| Exhibit 14: | Selected pages from Herley Industries, Inc.'s November 29, 2004 Form DEF 14A. |

I declare, under penalty of perjury pursuant to the laws of the United States, that the foregoing is true and correct.

Dated: December 17, 2009
   New York, New York

   /s/ Ira M. Press
   Ira M. Press, Esq.