UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE HERLEY INDUSTRIES INC.
SECURITIES LITIGATION

No. 06-CV-2596 (JRS)

---

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE DEFENDANTS
FROM INTRODUCING EVIDENCE OR TAKING POSITIONS CONTRARY
TO HERLEY'S PRIOR GUILTY PLEA**

Plaintiffs hereby move, pursuant to Rules 103(c) and 403 of the Federal Rules of Evidence, the December 31, 2009 declaration of Ira M. Press, Esq., and plaintiff's accompanying Memorandum of Law, for an order *in limine* precluding defendants from introducing evidence or taking positions contrary to Herley's prior guilty plea in *United States of America v. Blatt, et al.*, No. 06 Cr. 268 (E.D. Pa.). The grounds for the Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Dated: December 31, 2009
       New York, New York

                            **KIRBY McINERNEY LLP**

                    By:   /s/ Ira M. Press
                          Ira M. Press
                          Andrew M. McNeela
                          825 Third Avenue, 16th Floor
                          New York, NY   10022
                          Tel: (212) 371 - 6600
                          Fax: (212) 751 - 2540
                          *Plaintiffs' Lead Counsel and Counsel for
                          Lead Plaintiff Galleon Management, L.P.*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, PA 19004
(610) 949-9999
*Plaintiffs' Liaison Counsel*

Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
*Plaintiffs' Counsel*
*Counsel for Plaintiff Norfolk County*
*Retirement System and Additional Plaintiffs' Counsel*