UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC.<br>SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM
INTRODUCING EVIDENCE OR TAKING POSITIONS
CONTRARY TO HERLEY'S PRIOR GUILTY PLEA**

**[Filed Under Seal]**

**KIRBY McINERNEY LLP**
Attorneys for Lead Plaintiff
Ira M. Press
Andrew M. McNeela
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 949-9999
Facsimile: (610) 949-9773
*Plaintiffs' Liaison Counsel*

*[Additional Counsel Listed on Signature Page]*