UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC.<br>SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

## DECLARATION OF IRA M. PRESS

Ira M. Press, declares under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a member of the law firm of Kirby McInerney LLP, counsel for lead plaintiff in the above-captioned action. I am a member in good standing of the Bar of the State of New York, and have permission to appear in this matter *pro hac vice* by Order of the Court dated August 21, 2006.

2.  I make this declaration in supportof Plaintiff's Motion *In Limine* to Preclude Defendants From Introducing Evidence or Taking Positions Contrary to Herley's Prior Guilty Plea. Submitted herewith are true and correct copies of the following:

| | |
|---|---|
| Exhibit 1: | The Superseding Indictment filed against Lee Blatt and Herley Industries Inc. |
| Exhibit 2: | The Government's Sentencing Memorandum. |
| Exhibit 3: | Herley's Sentencing Memorandum. |
| Exhibit 4: | The May 5, 2008 Transcript of Herley Industries Inc.'s and Lee Blatt's guilty pleas. |
| Exhibit 5: | Herley's May 5, 2008 Report on Form 8-K annexing the Plea Agreement. |
| Exhibit 6: | Minutes of Herley's April 1, 2008 Meeting of the Board of Directors. |
| Exhibit 7: | Minutes of Herley's April 3, 2008 Meeting of a Special Committee. |
| Exhibit 8: | Selected pages from the May 13, 2009 deposition of Myron Levy. |

| | |
|---|---|
| Exhibit 9: | Selected pages from the April 22, 2009 deposition of Mitchell Tuckman. |
| Exhibit 10: | An October 16, 2001 Memorandum from Joe Gallagher to Mitchell Tuckman regarding power head element yields. |
| Exhibit 11: | Selected pages from the April 24, 2009 deposition of Joe Gallagher. |
| Exhibit 12: | A June 13, 2001 email from Joe Gallagher to Mitchell Tuckman regarding power head element yields. |
| Exhibit 13: | Selected pages from the May 27, 2009 deposition of Lee Blatt. |

Dated: December 31, 2009
New York, New York

                                                                 /s/ Ira M. Press
                                                                Ira M. Press, Esq.