IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES, INC.<br><br>SECURITIES LITIGATION | CIVIL ACTION<br><br>NO. 06-2596 (JRS) |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION IN LIMINE TO PRECLUDE DEFENDANTS
FROM ASSERTING THE ADVICE OF COUNSEL
AS A DEFENSE IN THIS ACTION**

**FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**