IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                                  |   |                |
|----------------------------------|---|----------------|
|                                  | : | CIVIL ACTION   |
| IN RE HERLEY INDUSTRIES INC.     | : |                |
| SECURITIES LITIGATION            | : | No. 06-2596    |
|                                  | : |                |

# **ORDER**

AND NOW, this 15th day of January, 2009, it is ORDERED:

- Galleon Management is allowed to withdraw as Lead Plaintiff and as a class representative;

- Class Representative Plaintiff Norfolk County Retirement System is named Lead Plaintiff;

- Kirby McInerney LLP and Labaton Sucharow LLP are named co-lead counsel.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.