IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | : : : : | CIVIL ACTION<br><br>No. 06-2596 |

## **ORDER**

AND NOW, this 28th day of January, 2010, it is ORDERED Plaintiffs' Motion for Partial Summary Judgment (Doc. 158) is DENIED.

It is further ORDERED Defendants' Motion for Summary Judgment (Doc. 160) is DENIED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.