Ira M. Press (*pro hac vice*)
Andrew M. McNeela (*pro hac vice*)
Sarah G. Lopez (*pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

-and -

LABATON SUCHAROW LLP
Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Class Counsel*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 949-9999
Facsimile: (610) 949-9773

*Plaintiffs' Liaison Counsel*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM CONTESTING THAT HERLEY INDUSTRIES INC. VIOLATED THE FEDERAL ACQUISITION REGULATIONS BASED ON ITS GUILTY PLEA**

Pursuant to Rule 103(c) of the Federal Rules of Evidence, Lead Plaintiff respectfully moves for an order *in limine* precluding defendants from contesting that: (i) in pleading guilty to two felony counts of obstructing a federal audit, 18 U.S.C. § 1516, in *United States of America v. Blatt, et al.*, No. 06 Cr. 268 (E.D. Pa.), Herley Industries Inc. admitted that it wrongfully withheld "cost or pricing data," despite being asked for such information by Government auditors; and (ii) it therefore violated the requirements under the Federal Acquisition Regulations (FARs) that a contractor submit cost or pricing data to the Government in connection with its bid and provide information in response to an auditor's requests. The grounds for the Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Dated: April 7, 2010
      New York, New York

**KIRBY McINERNEY LLP**

By:   /s/ Ira M. Press
      Ira M. Press (pro hac vice)
      Andrew M. McNeela (pro hac vice)
      Sarah G. Lopez (pro hac vice)
      825 Third Avenue, 16th Floor
      New York, NY 10022
      Tel: (212) 371 - 6600
      Fax: (212) 751 - 2540

*- and -*

LABATON SUCHAROW LLP
Christopher Keller (pro hac vice)
Jonathan Gardner (pro hac vice)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Counsel for the Class*

Stanley P. Kops
 LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, PA19004
(610) 949-9999
*Plaintiffs' Liaison Counsel*