UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS
FROM RELYING ON OR REFERRING AT TRIAL TO THE INVESTIGATION
<u>OF OUTSIDE COUNSEL INTO THE CRIMINAL CONDUCT OF HERLEY</u>**

Plaintiffs hereby move the Court to preclude Defendants from relying in any way on the substance or findings of the investigation of outside counsel into the criminal conduct of Herley. A memorandum of law in support of this motion, a proposed order and the Declaration of Jonathan Gardner are filed contemporaneously herewith.

| | |
|---|---|
| Dated:  April 7, 2010 | Respectfully submitted,<br><br>By:   /s/ Jonathan Gardner<br>Jonathan Gardner (*pro hac vice*)<br>Christopher Keller (*pro hac vice*)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br><br>Ira M. Press (*pro hac vice*)<br>Andrew M. McNeela (*pro hac vice*)<br>Sarah G. Lopez (*pro hac vice*)<br>KIRBY McINERNEY LLP<br>825 Third Avenue, 16th Floor<br>New York, New York 10022<br>Telephone: (212) 371-6600<br>Facsimile: (212) 751-2540<br><br>*Co-Lead Counsel for Lead Plaintiff and the Class* |

2

        Stanley P. Kops (SPK 6328)
        LAW OFFICE OF STANLEY P. KOPS
        102 Bala Avenue
        Bala Cynwyd, Pennsylvania 19004
        Telephone: (610) 949-9999
        Facsimile: (610) 949-9773

        *Plaintiffs' Liaison Counsel*