UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS
FROM RELYING ON OR REFERRING AT TRIAL TO THE INVESTIGATION
<u>OF OUTSIDE COUNSEL INTO THE CRIMINAL CONDUCT OF HERLEY</u>**
(FILED UNDER SEAL)

        Stanley P. Kops (SPK 6328)
        LAW OFFICE OF STANLEY P. KOPS
        102 Bala Avenue
        Bala Cynwyd, PA  19004
        Telephone:  (610) 949-9999
        Facsimile:   (610) 949-9773
        *Plaintiffs' Liaison Counsel*

        Ira M. Press (*admitted pro hac vice*)
        Andrew McNeela (*admitted pro hac vice)*
        Sarah G. Lopez (*admitted pro hac vice)*
        KIRBY McINERNEY LLP
        825 Third Avenue, 16th Floor
        New York, NY  10022
        Telephone:  (212) 371-6600
        Facsimile:   (212) 751-2540

        Christopher J. Keller (*admitted pro hac vice*)
        Jonathan Gardner (*admitted pro hac vice*)
        LABATON SUCHAROW LLP
        140 Broadway
        New York, New York  10005
        Telephone:  (212) 907-0700
        Facsimile:    (212) 818-0477
        *Co-Lead  Counsel for Plaintiff*
        *and the Class*