IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE HERLEY INDUSTRIES, INC. SECURITIES LITIGATION | : : : : | Civil Action No. 06-CV-2596 |

**MOTION *IN LIMINE* NO. 6: TO PROHIBIT PLAINTIFF
FROM INTRODUCING EVIDENCE OR REFERRING TO THE
<u>INDIVIDUAL DEFENDANTS' PERSONAL WEALTH</u>**

Defendants Herley Industries, Inc. ("Herley"), Lee Blatt ("Blatt"), Myron Levy ("Levy"), Anello C. Garefino ("Garefino"), Thomas V. Gilboy ("Gilboy"), and John M. Kelley ("Kelley"), by and through their undersigned counsel, respectfully submit this Motion in Limine No. 6: To Preclude Plaintiff From Introducing Evidence or Referring to Defendants' Personal Wealth.  For the reasons set forth in the attached Memorandum of Law, which is incorporated by reference, Defendants respectfully request that an Order be entered in the proposed form attached.

April 7, 2010                                                    Respectfully Submitted**,**

                                                                  */s/ James T. Smith*
                                                                  James T. Smith, Esquire
                                                                  Evan H. Lechtman, Esquire
                                                                  Nakul Krishnakumar, Esquire
                                                                  BLANK ROME LLP
                                                                  One Logan Square
                                                                  Philadelphia, PA  19103
                                                                  Tel:     (215) 569-5643
                                                                  Fax:    (215) 832-5643
                                                                  *Attorneys for Defendants*