UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM INTRODUCING ANY EVIDENCE REGARDING GALLEON'S OR RAJ RAJARATNAM'S 2002 SEC VIOLATIONS OR 2009 CRIMINAL CHARGES**

Plaintiffs hereby move the Court to preclude Defendants from introducing evidence or seeking to elicit any testimony regarding: (i) Raj Rajaratnam's 2009 criminal charges; (ii) Galleon Management LP's ("Galleon") violations of SEC regulation regarding its 2002 short sales, or (iii) from calling anyone from Galleon as a witness. A memorandum of law in support of this motion, a proposed order and the Declaration of Jonathan Gardner are filed contemporaneously herewith.

Dated:  April 7, 2010

Respectfully submitted,

By:  /s/ Jonathan Gardner
Jonathan Gardner (*pro hac vice*)
Christopher Keller (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

1

Ira M. Press (*pro hac vice*)
Andrew M. McNeela (*pro hac vice*)
Sarah G. Lopez (*pro hac vice*)
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Co-Lead Counsel for Lead Plaintiff and the Class*

Stanley P. Kops (SPK 6328)
LAW OFFICE OF STANLEY P. KOPS
102 Bala Avenue
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 949-9999
Facsimile: (610) 949-9773

*Plaintiffs' Liaison Counsel*