IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____ | : | |
| IN RE HERLEY INDUSTRIES, INC. | : | Civil Action No. 06-CV-2596 |
| SECURITIES LITIGATION | : | |
| _____ | : | |

## **MOTION TO BIFURCATE THE TRIAL OF LIABILITY AND DAMAGES**

Defendants Herley Industries, Inc. ("Herley"), Lee Blatt ("Blatt"), Myron Levy ("Levy"), Anello C. Garefino ("Garefino"), Thomas V. Gilboy ("Gilboy"), and John M. Kelley ("Kelley"), by and through their undersigned counsel, respectfully submit Motion to Bifurcate The Trial of Liability and Damages, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure. For the reasons set forth in the attached Memorandum of Law, which is incorporated by reference, Defendants respectfully request that an Order be entered in the proposed form attached.

April 7, 2010                                                                    Respectfully Submitted**,**

                                                                                         */s/ James T. Smith*
                                                                                         James T. Smith, Esquire
                                                                                         Evan H. Lechtman, Esquire
                                                                                         Nakul Krishnakumar, Esquire
                                                                                         BLANK ROME LLP
                                                                                         One Logan Square
                                                                                         Philadelphia, PA  19103
                                                                                         Tel:     (215) 569-5643
                                                                                         Fax:    (215) 832-5643
                                                                                         *Attorneys for Defendants*