UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 1: TO PRECLUDE PLAINTIFF FROM INTRODUCING EVIDENCE OF ARGUMENT OF HERLEY'S GUILTY PLEA, OR THE FACTUAL PREDICATE THEREUNDER, AS THE SOLE BASIS TO ESTABLISH SCIENTER AS TO HERLEY**

[Under Seal]

**KIRBY McINERNEY LLP**
Ira M. Press
Andrew M. McNeela
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600

**LABATON SUCHAROW LLP**
Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Counsel for Lead Plaintiff and the Class*

*[Additional Counsel Listed on Signature Page]*