**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE HERLEY INDUSTRIES, INC. | CIVIL ACTION |
| SECURITIES LITIGATION | NO. 06-2596 (JRS) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
*IN LIMINE* TO PRECLUDE DEFENDANTS FROM CONTESTING
THAT HERLEY INDUSTRIES INC. VIOLATED THE FEDERAL
ACQUISITION REGULATIONS BASED ON ITS GUILTY PLEA**

**[filed under seal]**

**BLANK ROME LLP**
James T. Smith
Evan H. Lechtman
Nakul Krishnakumar
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 832-5500
*Attorneys for Defendants*