UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC.<br>SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

## PLAINTIFF'S MOTION TO COMPEL THE APPEARANCE OF PATRICIA SALINA DJEMIL, GEORGE ROUNSAVILLE, AND ROZALIE SCHACHTER AT TRIAL IN PLAINTIFF'S CASE IN CHIEF

Plaintiffs hereby move, pursuant to the declaration of Andrew M. McNeela, Esq., and Plaintiff's accompanying Memorandum of Law, for an Order: (i) compelling defendant Herley Industries Inc. to produce Patricia Salina Djemil, George Rounsaville, and Rozalie Schachter (the "Herley Witnesses") at trial as witnesses in Plaintiff's case-in-chief; and (ii) that the subpoenas issued to the Herley Witnesses are enforceable and noncompliance therewith is punishable as contempt of court, pursuant to Rule 45(e) of the Federal Rules of Civil Procedure. The grounds for the Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Dated: May 18, 2010
New York, New York

                                          Respectfully submitted,

                                          **KIRBY McINERNEY LLP**

                                          By:  /s/ Ira M. Press
                                            Ira M. Press (*pro hac vice*)
                                            Andrew M. McNeela (*pro hac vice*)
                                            Sarah G. Lopez (*pro hac vice*)
                                            825 Third Avenue, 16th Floor
                                            New York, NY  10022
                                            Telephone:  (212) 371-6600
                                            Facsimile: (212) 751-2540

*Co-Lead Counsel for Lead Plaintiff and the Class*

**LABATON SUCHAROW LLP**
Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Counsel for Lead Plaintiff and the Class*

**LAW OFFICE OF STANLEY P. KOPS**
Stanley P. Kops (SPK 6328)
102 Bala Avenue
Bala Cynwyd, Pennsylvania 19004
Telephone: (610) 949-9999
Facsimile: (610) 949-9773

*Plaintiffs' Liaison Counsel*