UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | No. 06-CV-2596 (JRS) |

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO COMPEL THE APPEARANCE OF PATRICIA SALINA DJEMIL,
GEORGE ROUNSAVILLE, AND ROZALIE SCHACHTER AT TRIAL
IN PLAINTIFF'S CASE IN CHIEF

[Filed Under Seal]

**KIRBY McINERNEY LLP**
Ira M. Press (*pro hac vice*)
Andrew M. McNeela (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 371-6600

**LABATON SUCHAROW LLP**
Christopher Keller (*pro hac vice*)
Jonathan Gardner (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Co-Lead Counsel for Lead Plaintiff and the Class*

*[Additional Counsel Listed on Signature Page]*