UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**VERDICT FORM**

**Section 10(b) Claims**

     1.     Did Herley Industries, Inc. violate Section 10(b) of the Securities and Exchange Act of 1934?

         Yes ____     No ____

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 2.  IF YOU ANSWERED "NO", PROCEED TO QUESTION 3.

     2.     Did Herley Industries, Inc. knowingly violate Section 10(b) of the Securities and Exchange Act of 1934?

         Yes ____     No ____

PLEASE PROCEED TO QUESTION 3.

     3.     Did Lee Blatt violate Section 10(b) of the Securities and Exchange Act of 1934?

         Yes ____     No ____

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 4.  IF YOU ANSWERED "NO", PLEASE PROCEED TO QUESTION 6.

     4.     Did Lee Blatt knowingly violate Section 10(b) of the Securities and Exchange Act of 1934?

         Yes   ____     No   ____

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 6.  IF YOU ANSWERED "NO", PLEASE PROCEED TO QUESTION 5.

5. State the percentage of responsibility of Lee Blatt for the violation of Section 10(b) of the Securities and Exchange Act of 1934, measured as a percentage of all persons who caused or contributed to the loss of the plaintiff class.

|  | **Percentage of Responsibility** |
|---|---|
| Lee Blatt | ____% |
| Herley Industries, Inc. | ____% |

IF YOU ANSWERED "YES" TO QUESTION TO QUESTION 1, PLEASE PROCEED TO QUESTION 6.  IF YOU ANSWERED "NO" TO QUESTION 1 BUT "YES" TO QUESTION 3, PLEASE PROCEED TO QUESTION 17.  IF YOU ANSWERED "NO" TO QUESTIONS 1 and 3, PLEASE SIGN AND DATE THIS FORM BELOW AND ADVISE THE CLERK THAT YOU HAVE REACHED A VERDICT.

### Section 20(a) Claims

6. Is Lee Blatt liable as a control person, pursuant to Section 20(a) of the Securities and Exchange Act of 1934, for Herley Industries, Inc.'s primary violation of Section 10(b)?

    Yes ____    No ____

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 7. IF YOU ANSWERED "NO", PROCEED TO QUESTION 8.

7. Did Lee Blatt knowingly violate Section 20(a) of the Securities and Exchange Act of 1934?

    Yes ____    No ____

PLEASE PROCEED TO QUESTION 8.

8. Is Myron Levy liable as a control person, pursuant to Section 20(a) of the Securities and Exchange Act of 1934, for Herley Industries, Inc.'s primary violation of Section 10(b)?

Yes ____    No ____

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 9. IF YOU ANSWERED "NO", PROCEED TO QUESTION 10.

9. Did Myron Levy knowingly violate Section 20(a) of the Securities and Exchange Act of 1934?

Yes ____    No ____

PLEASE PROCEED TO QUESTION 10.

10. Is Anello C. Garefino liable as a control person, pursuant to Section 20(a) of the Securities and Exchange Act of 1934, for Herley Industries, Inc.'s primary violation of Section 10(b)?

Yes ____    No ____

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 11.  IF YOU ANSWERED "NO", PROCEED TO QUESTION 12.

11. Did Anello C. Garefino knowingly violate Section 20(a) of the Securities and Exchange Act of 1934?

Yes ____    No ____

PLEASE PROCEED TO QUESTION 12.

12. Is Thomas V. Gilboy liable as a control person, pursuant to Section 20(a) of the Securities and Exchange Act of 1934, for Herley Industries, Inc.'s primary violation of Section 10(b)?

Yes ____    No ____

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 13.  IF YOU ANSWERED "NO", PROCEED TO QUESTION 14.

13. Did Thomas V. Gilboy knowingly violate Section 20(a) of the Securities and Exchange Act of 1934?

   Yes \_\_\_\_  No \_\_\_\_

PLEASE PROCEED TO QUESTION 14.

14. Is John M. Kelley liable as a control person, pursuant to Section 20(a) of the Securities and Exchange Act of 1934, for Herley Industries, Inc.'s primary violation of Section 10(b)?

   Yes \_\_\_\_  No \_\_\_\_

IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 15.  IF YOU ANSWERED "NO", PROCEED TO QUESTION 16.

15. Did John M. Kelley knowingly violate Section 20(a) of the Securities and Exchange Act of 1934?

   Yes \_\_\_\_  No \_\_\_\_

PLEASE PROCEED TO QUESTION 16 IF YOU ANSWERED "YES" TO ANY ONE OR MORE OF THE FOLLOWING QUESTIONS: 6, 8, 10, 12, or 14.  IF YOU ANSWERED "NO" TO EVERY ONE OF THOSE QUESTIONS PLEASE PROCEED TO QUESTION 17.

16. Using the chart below, state the percentage of responsibility of each person who violated Section 20(a) of the Securities and Exchange Act of 1934, measured as a percentage of all persons who caused or contributed to the loss of the plaintiff class.  You should not allocate any percentage of responsibility to anyone who did not violate Section 20(a).  The total of all percentages must be 100%.

|  | **Did this person violate Section 20(a)?** | **Percentage of Responsibility** |
|---|---|---|
| Lee Blatt | Yes _____   No _____<br>(Copy answer from question 6 above) | _____% |
| Myron Levy | Yes _____   No _____<br>(Copy answer from question 8 above.) | _____% |
| Anello C. Garefino | Yes _____   No _____<br>(Copy answer from question 10 above.) | _____% |
| Thomas V. Gilboy | Yes _____   No _____<br>(Copy answer from question 12 above.) | _____% |
| John M. Kelley | Yes _____   No _____<br>(Copy answer from question 14 above.) | _____% |
| **TOTAL** |  | **100%** |

PLEASE PROCEED TO QUESTION 17 IF YOU ANSWERED "YES" TO ANY ONE OR MORE OF THE FOLLOWING QUESTIONS:  1, 3.  IF YOU ANSWERED "NO" TO EVERY ONE OF THOSE QUESTIONS, PLEASE SIGN AND DATE THIS FORM BELOW AND ADVISE THE CLERK THAT YOU HAVE REACHED A VERDICT.

**Damages for Violations of Sections 10(b) and 20(a)**
**of the Securities and Exchange Act**

17.   Please fill in below the dollar amount by which Herley Industries, Inc.'s common stock price per share was inflated in each of the sub-periods listed below.

| **Sub-period** | **Begin Date** | **End Date** | **Dollar Amount of Inflation Per Share** |
|---|---|---|---|
| 1 | 10/1/2001 | 6/5/2006 |  |
| 2 | 6/6/2006 | 6/6/2006 |  |
| 3 | 6/7/2006 | 6/12/2006 |  |
| 4 | 6/13/2006 | 6/13/2006 |  |
| 5 | 6/14/2006 | 6/14/2006 |  |
| 6 | 6/15/2006 | 6/19/2006 |  |
| 7 | 6/20/2006 | 6/20/2006 |  |
| 8 | 6/21/2006 | 10/12/2006 |  |

PLEASE PROCEED TO QUESTION 18.

18. State the aggregate damages to the plaintiff class.

   $_____.

PLEASE SIGN AND DATE THIS FORM, AND ADVISE THE CLERK THAT YOU HAVE REACHED A VERDICT.

Dated: _____

_____
Jury Foreperson