UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE HERLEY INDUSTRIES INC. SECURITIES LITIGATION | CIVIL ACTION<br><br>No. 06-2596 (JRS)<br><br><u>CLASS ACTION</u> |

**DAMAGES VERDICT FORM**

**Damages for Violations of Sections 10(b) and 20(a)**
**of the Securities and Exchange Act**

1. Please fill in below the dollar amount by which Herley Industries, Inc.'s common stock price per share was inflated in each of the sub-periods listed below.

| Sub-period | Begin Date | End Date | Dollar Amount of Inflation Per Share |
|---|---|---|---|
| 1 | 10/1/2001 | 6/5/2006 | |
| 2 | 6/6/2006 | 6/6/2006 | |
| 3 | 6/7/2006 | 6/12/2006 | |
| 4 | 6/13/2006 | 6/13/2006 | |
| 5 | 6/14/2006 | 6/14/2006 | |
| 6 | 6/15/2006 | 6/19/2006 | |
| 7 | 6/20/2006 | 6/20/2006 | |
| 8 | 6/21/2006 | 10/12/2006 | |

PLEASE SIGN AND DATE THIS FORM, AND ADVISE THE CLERK THAT YOU HAVE REACHED A VERDICT.

Dated: _____

_____
Jury Foreperson